Chicago Title and Trust Company, appellee, v. Stephen J. Wall et al., defendants, on appeal of Gertrude Faegenson, appellant. Gen. No. 38,490.

Opinion filed February 3, 1936.
Irving G. Zazove, for appellant. Arkin & Berman, for appellee. Kirkland, Fleming, Green & Martin, for appellee Schiff Bondholders' Protective Committee.
Mr. Presiding Justice McSurely delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Joseph Hamilton, plaintiff in error. Gen. No. 38,561.

Opinion filed February 3, 1936.
Herman Aschin, for plaintiff in error; Elwyn E. Long, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Richard H. Devine and John T. Gallagher, Assistant State's Attorneys, of counsel.
Mr. Presiding Justice McSurely delivered the opinion of the court.

Jerome M. Deutsch, plaintiff in error, v. Reliance Life Insurance Company, defendant in error. Gen. No. 38,517.

Opinion filed February 3, 1936.
Cohon & Goldstein, for plaintiff in error; Samuel S. Cohon and Irving Goldstein, of counsel. Moses, Kennedy, Stein & Bachrach, for defendant in error; Walter Bachrach, Arthur Magid and J. H. Oppenheim, of counsel.
Mr. Justice Matchett delivered the opinion of the court.